UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JONATHAN DRUMMOND, <br><br> Plaintiff, <br><br> vs. <br><br> HOTLEATHERS.COM, INC. <br><br> Defendant. | Case No. 6:25-CV-34-PGB-LHP |

### **NOTICE OF SETTLEMENT**

Now comes the Plaintiff, JONATHAN DRUMMOND, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once certain conditions have been fulfilled pursuant to the Agreement, the parties will file the applicable dismissal documents with the Court.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

DATED this 17th day of April, 2025.

Respectfully submitted,

ALEKSANDRA KRAVETS, ESQ. P.A.
*Attorney for Plaintiff*
1100 Buchanan Street

                    Hollywood, FL 33019
                    Tel.: 347.268.9533
                    Email: ak@akesqpa.com

By:    */s/ Aleksandra Kravets*
        Aleksandra Kravets
        Florida Bar No.: 120562

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                    */s/ Aleksandra Kravets*
                    Aleksandra Kravets